JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 12-04874 DMG (VBKx)** | Date | June 21, 2012 |
|---|---|---|---|

| Title | *U.S. Bank National Association v. Edgar Winslow Sr., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On June 4, 2012, Defendants Edgar Winslow, Sr., Sheila Winslow, and Artellia F. Johnson removed this unlawful detainer action from Los Angeles County Superior Court [Doc. # 1].  This is now the third time that Defendants have attempted to remove this case, having previously done so on February 6, 2012 in case number CV 12-01020 DMG (VBKx) and, following remand, again on March 26, 2012 in case number CV 12-02597 DMG (VBKx). Defendants' current attempt at removal is thus not well-taken.  For the same reasons as the Court has twice stated, there is no federal jurisdiction over this case.  Any future removal by the same parties may result in the imposition of monetary sanctions.

Accordingly, this action is hereby **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

---